# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132791

DEAN SLOVINSKI,
    Plaintiff-Appellee,
and

CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.,
    Intervening Plaintiff-Appellant,

v

POWELL MOVING & STORAGE, INC. d/b/a
POWELL REPAIR SERVICES,
    Defendant-Appellee.

SC: 132791
COA: 271939
Kent CC: 03-006796-NI

_____/

   On order of the Court, the application for leave to appeal the November 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319